NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN T. VARELA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: 8:17-cv-01695-AG-JCG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiff Ruben T. Varela ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") have announced to the Court that all matters in controversy against Equifax have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Ruben T. Varela against Defendant Equifax Information Services LLC are

in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 11th day of October, 2018.

_____
Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500